September 20, 2010

Mr. Dennis Iavarone, Clerk of Court
United States District Court
Eastern District of North Carolina
Office of the Clerk
P.O. Box 25670
Raleigh NC 27611

RE: Neuhauser v. Johns
    5:10-HC-2190-BO

Dear Mr. Iavarone:

Enclosed please find a copy of my "Attempt at Informal Resolution" dated today for Judge Boyle. Can you see that he gets it?

Thank you.

Sincerely,

*[signature]*

Jeffrey C. Neuhauser 43446-083
FCI Butner 1, Maryland Unit
P.O. Box 1000
Butner NC 27509

Enclosure

FILED

SEP 2 3 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK


FCC 1330.13A
09/15/00
Attachment A

# ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Bureau of Prisons Program Statement 1330.13, dated 12/22/05, Administrative Remedy Program, requires that "Inmates shall informally present their complaints to staff and staff attempts to informally resolve an issue before an inmate files a 'Request for Administrative Remedy'. The staff member must try to resolve the issue informally before the inmate will be given a 'Request for Administrative Remedy' form.

***

**To be completed by the Counselor:**

Inmate's Name Neuhauser, Jeffrey Reg. # 43446-083 Date 9/20/10

*Date and time given to inmate:*

**To be completed by the inmate:**

1. Nature of Problem: I was called to Unit Secretary Walker's office on 9/13/10 to receive legal mail from a Durham attorney. She opened it full face and began reading. I then said, "Aren't you only supposed to be look-ing at the letterhead for contraband?" She said, "That's what I'm doing." I said, "No, you're not—you're reading it!" She quickly folded it back into the envelope, saying, "If I was reading it, I would have taken longer."

(See attached)

2. Summary of Investigation:

3. Actions staff members have taken to resolve the matter informally:

**Counselor to check applicable section:**

( ) Problem informally resolved on

( ) Problem not resolved. Continue formal procedure.
      Explanation for Non-Resolution:

Date:                    Counselor's Signature:
Date:                    Unit Manager's Signature:
Date:                    Inmate's Signature:

---

Attachment to "Attempt at Informal Resolution", Jeffrey Neuhauser
Reg. # 43446-083, September 20, 2010

you're not--you're reading it!" She quickly folded it back into the envelope, saying, "If I was reading it, I would have taken longer."

This is not an isolated incident. I have witnessed Ms. Walker doing the same thing with other Adam Walsh detainees' legal mail. She "quickly scans" the writing in every legal mail document she opens. She does not "shake" the envelope for any contraband; nor does she "feel" the envelope for same.

2. State what action or resolution you expect. Be specific:

I would like immediate adherence to BOP policy when Ms. Walker or any other BOP staff member handles legal mail for me, and for all Adam Walsh detainees. In other words, for Ms. Walker not to begin reading or give the appearance of reading anything that comes to me through constitutionally-protected legal mail.

Respectfully submitted,

Jeff Neuhauser 43446-083

Copies: Suzanne Little, Assistant Federal Public Defender
        The Honorable Terrence Boyle, U.S. District Court Judge