September 30, 2010

The Honorable Terrence Boyle
United States District Court
Eastern District of North Carolina - Western Division
P.O. Box 25670
Raleigh NC 27611

FILED

OCT 0 4 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___KK___ DEP CLK

Re: <u>U.S. v. Neuhauser, 5:07-HC-2101-BO</u>
    <u>Neuhauser v. Johns, 5:10-HC-2190-BO</u>

Dear Judge Boyle:

With this letter I wish to inform the court of another instance of Butner's Commitment Treatment Program staff abuse of inmates. An inmate, <u>not</u> housed in Maryland Unit, was informed of his certification as a "sexually dangerous person" this past week in-person (rather than through the mail--which is how <u>I</u> was informed) by the prison's Chief Psychologist and Commitment Treatment Program Administrator, Dr. Karen Steinour. He was told that he would be moved to Maryland Unit on the 13th of next month and, "If you don't cooperate in the treatment program when you get there, you will be committed". I'm guessing that the inmate (John Ballard) has not yet benefitted from the advice of any legal counsel, which, in my case, included instructions to <u>not</u> participate in any of the treatment programming, and to <u>not</u> speak with any of the psychologists here (or anyone else) about one's case.

Perhaps the court could order Butner/BOP to post, <u>in every housing unit</u>, what every inmate's rights are regarding the CTP program and certification. I know of no other way to cause the CTP staff to cease and desist this kind of unprofessional (and probably illegal) browbeating.

I did not personally hear the above quote from Dr. Steinour, making my claim here "hearsay" evidence. But since §4248 allows for "hearsay" evidence to be used against me, I thought it prudent to pass it on to you.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Jeffrey C. Neuhauser 43446-083
FCI Butner 1, Maryland Unit
P.O. Box 1000
Butner NC 27509-1000